No. 553.   CENTRAL TRUST COMPANY OF NEW YORK ET AL. *v.* TEXAS COMPANY.   April 21, 1919.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. H. M. Garwood* for petitioners.   *Mr. Amos L. Beaty* for respondent.

---

No. 868. HARRY B. DUANE ET AL. *v.* MERCHANTS LEGAL STAMP COMPANY ET AL.; and

No. 869.   HARRY B. DUANE *v.* MERCHANTS LEGAL STAMP COMPANY ET AL.   April 21, 1919.   Petition for writs of certiorari to the Supreme Judicial Court of the State of Massachusetts denied.   *Mr. Boyd B. Jones* for petitioners.   *Mr. Charles F. Perkins* and *Mr. Anson M. Lyman* for respondents.

---

No. 893. UNITED STATES ON THE RELATION OF VERDINE R. HALL *v.* FRANKLIN K. LANE, SECRETARY OF THE INTERIOR.   April 21, 1919.   Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied.   *Mr. Patrick H. Loughran* for petitioner.   *The Solicitor General, Mr. Charles E. Mehaffie* and *Mr. C. Edward Wright* for respondent.

---

No. 908.   E. A. LAUGHTER *v.* UNITED STATES; and

No. 909.   E. A. LAUGHTER ET AL. *v.* UNITED STATES. April 21, 1919.   Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. E. Humphrey* for petitioners.   *The Solicitor General* and *Mr. Assistant Attorney General Frierson* for the United States.